# Court of Appeals
# of the State of Georgia

ATLANTA, June 08, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1874. DARREN VINCENT v. THE STATE.**

In December 2019, Darren Vincent pleaded guilty to obscene internet contact with a child, criminal attempt, aggravated assault, and other crimes. He thereafter filed a pro se motion to withdraw his guilty plea. On January 27, 2020, the trial court dismissed Vincent's motion, and he filed a notice of appeal on May 8, 2020. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Vincent's notice of appeal was untimely filed 102 days after entry of the order sought to be appealed. Consequently, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/08/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*